RECEIVED
IN MONROE, LA.

JUN 2 1 2011


TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NATHAN BERNARD LOGAN<br>LA. DOC #396431 | CIVIL ACTION NO. 3:10-cv-1883 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| SHERIFF MIKE TUBBS, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**MONROE, LOUISIANA,** this __21__ day of __June__, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE