**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/9/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| NATHAN BERNARD LOGAN<br>LA. DOC #396431 | CIVIL ACTION NO. 3:10-cv-1883 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| SHERIFF MIKE TUBBS, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that Plaintiff's Louisiana Workers' Compensation claims are **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this ___1___ day of __November__, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE